WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUN 11 2014

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MINAS,<br><br>Defendant. | Case No. CR 14-0109-S EJL<br><br>**INDICTMENT**<br><br>21 U.S.C § 841(a)(1) and (b) |

The Grand Jury charges:

### COUNT ONE - SEVENTEEN

**Distribution of a Controlled Substance**
**21 U.S.C. § 841(a)(1) and (b)**

On or about the following dates, in the District of Idaho, County of Ada, the defendant, MICHAEL MINAS, a registrant authorized to dispense controlled substances, knowingly and intentionally distributed the following quantities, or more, of a mixture and substance containing a detectable amount of a scheduled controlled substance, as set forth below, and did so outside the usual course of professional practice and not for a legitimate medical purpose.

INDICTMENT - 1

| Count | Date | Controlled Substance | Quantity Prescribed | Distributed To | Sch |
|---|---|---|---|---|---|
| 1. | 01/13/14 | oxycodone 30 mg | 60 pills | UC-1 | II |
| 2. | 01/13/14 | diazepam 10 mg | 30 pills | UC-1 | IV |
| 3. | 02/13/14 | oxycodone 30 mg | 120 pills | UC-1 | II |
| 4. | 03/14/14 | oxycodone 30 mg | 240 pills | UC-1 | II |
| 5. | 04/14/14 | oxycodone 30 mg | 310 pills | UC-1 | II |
| 6. | 04/14/14 | Oxycontin 60 mg | 28 pills | UC-1 | II |
| 7. | 04/22/14 | Oxycontin 60 mg | 30 pills | UC-1 | II |
| 8. | 05/12/14 | oxycodone 30 mg | 310 pills | UC-1 | II |
| 9. | 01/16/14 | oxycodone 30 mg | 60 pills | UC-2 | II |
| 10. | 02/06/14 | oxycodone 30 mg | 90 pills | UC-2 | II |
| 11. | 02/28/14 | oxycodone 30 mg | 180 pills | UC-2 | II |
| 12. | 04/04/14 | oxycodone 30 mg | 240 pills | UC-2 | II |
| 13. | 05/06/14 | oxycodone 30 mg | 240 pills | UC-2 | II |
| 14. | 03/18/14 | oxycodone 30 mg | 240 pills | UC-3 | II |
| 15. | 04/07/14 | oxycodone 30 mg | 300 pills | UC-3 | II |
| 16. | 05/05/14 | oxycodone 30 mg | 310 pills | UC-3 | II |
| 17. | 06/02/14 | oxycodone 30 mg | 300 pills | UC-3 | II |

All in violation of Title 21, United States Code, Section 841(a)(1) and (b).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C § 853

As a result of the violations of Title 21, United States Code, Sections 841(a)(1) as charged in this Indictment, the defendant Michael Minas, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the following properties:

A.  **Cash Proceeds**:  At least $1,400 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds

INDICTMENT - 2

of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

B. **Substitute Assets**:

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated this 10th day of June 2014.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

KEVIN T. MALONEY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**