| | |
|---|---|
| DEFENDANT'S NAME: **Michael Minas** <br> DEFENSE ATTORNEY: <br> Address: <br><br> Telephone No.: <br><br> INVESTIGATIVE AGENT: Charles Wahl <br> Telephone No.: (208) 919-1326 <br> AGENCY: Drug Enforcement Administration | JUVENILE: No <br> **CR 14-0109-S EJL** <br> PUBLIC or SEALED: Sealed <br> SERVICE TYPE: Warrant <br> (Summons or Warrant or Notice (if Superseding)) <br> ISSUE: Yes <br><br> INTERPRETER: No <br> If YES, language: |
| CASE INFORMATION: Distribution of hydrocodone outside scope of normal medical practice. | RELATED COMPLAINT: No <br> CASE NUMBER: |

| | |
|---|---|
| CHARGING DOCUMENT: **Indictment** <br> Felony: Yes <br> Class A Misdemeanor: No <br> Class B or C Misdemeanor: No <br> (Petty Offense) | County of Offense: Ada <br> Estimated Trial Time: 5 days |

| STATUTE | COUNT | CHARGE | PENALTIES |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | ONE | Distribution of a Controlled Substance | 20 years, 3 years supervised release, $1,000,000.00 fine, $100 Special Assessment |

Date: 10 June 2014        Assistant U.S. Attorney: KEVIN T. MALONEY
                          Telephone No.: (208) 334-9126


U.S. COURTS

JUN 11 2014

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO