WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

NOV 14 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MINAS,<br><br>　　　　　Defendant. | Case No. CR-14-00109-S-EJL<br><br>**SUPERSEDING INDICTMENT**<br><br>21 U.S.C § 841(a)(1) and (b)<br>21 U.S.C § 853 |

The Grand Jury charges:

<u>COUNTS ONE THROUGH
ONE-HUNDRED TWELVE</u>

**Distribution of a Controlled Substance
21 U.S.C. § 841(a)(1) and (b)**

I.   **INTRODUCTION**

　　A.   During all times relevant to the charges below, the following facts were true.

　　B.   Dr. Michael Minas was a physician licensed to practice medicine in the State of Idaho.

INDICTMENT - 1

C.  Minas operated a general practice medical clinic in Eagle, Idaho, Ada County, in the District of Idaho.

D.  Minas was the sole provider at that clinic.

E.  Minas was issued a DEA registration number, which authorized him to dispense controlled substances in accordance with applicable statutes and regulations.

F.  As more specifically described below, Minas wrote prescriptions for a number of controlled substances, many of which can be described as opioid analgesics, which are narcotic pain killers. The opioid analgesics included, but are not limited to, the following: oxycodone 15 mg and 30 mg, and Oxycontin.

G.  On a number of occasions, Minas wrote prescriptions for additional controlled substances in combination with opioid analgesics. Some of these combinations potentially increased the risks of severe drug interactions. These drugs include: methadone, fentanyl, hydromorphone; morphine sulfate, clonazepam, diazepam, alprazolam, carisoprodol, and Vyvanse.

H.  Under the Controlled Substances Act, Title 21 United States Code, Section 841(a) et seq., and Title 21, Code of Federal Regulations, Section 1306.04, a prescription for a controlled substance must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his or her professional practice.

I.  The Idaho Board of Medicine promulgates a Policy for the Use of Opioid Analgesics in the Treatment of Chronic Pain. This policy is found at the following link: http://bom.idaho.gov/BOMPortal/BOM/General/ModelPolicyUseofOpioidAnalgesicsinTreatmentofChronicPain.pdf

INDICTMENT - 2

J.     This policy outlines, among other things, generally acceptable standards and practices for dispensing an opioid analgesic controlled substance. Significant factors include the following:

    1.   Evaluation

    2.   Treatment Plan

    3.   Opioid Trial

    4.   Periodic Drug Testing

    5.   Consultation and Referral

    6.   Consideration of Discontinuing Opioid Therapy

    7.   Adequate Medical Records

K.     For the patients described and counts detailed below in this Indictment, Minas knowingly and intentionally distributed controlled substances without a legitimate medical purpose and outside the usual course of professional practice. In general, he did so by distributing the listed controlled substances with:

    1.   Minimal, if any, evaluation;

    2.   Minimal, if any, established treatment plan;

    3.   No use of an opioid trial period, but rather started patients at a high dose and increased the dosage without legitimate medical purpose;

    4.   No use of drug testing;

    5.   Minimal, if any, consultation with, or referral to, appropriate specialists, physical therapy, or other medical alternatives;

    6.   Minimal, if any, consideration of discontinuing opioid therapy and minimal, if any, discussion with patients of the risks of opioid dependence; and

**INDICTMENT - 3**

7.  Medical records that failed to document that the controlled substances distributed had a legitimate medical purpose and were distributed in the usual course of professional practice.

II. **PATIENTS AND DISTRIBUTIONS**

On or about the following dates, in the District of Idaho, County of Ada, the defendant, MICHAEL MINAS, a registrant authorized to dispense controlled substances, knowingly and intentionally distributed the following quantities, or more, of a mixture and substance containing a detectable amount of a scheduled controlled substance, as set forth below, and did so outside the usual course of professional practice and not for a legitimate medical purpose.

Counts 1 – 8, Patient UC-1

| Count | Date | Controlled Substance | Qty. Pills Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 1. | 01/13/14 | oxycodone 30 mg | 60 | | UC-1 | II |
| 2. | 01/13/14 | diazepam 10 mg | 30 | | UC-1 | IV |
| 3. | 02/13/14 | oxycodone 30 mg | 120 | | UC-1 | II |
| 4. | 03/14/14 | oxycodone 30 mg | 240 | | UC-1 | II |
| 5. | 04/14/14 | oxycodone 30 mg | 310 | | UC-1 | II |
| 6. | 04/14/14 | Oxycontin 60 mg | 28 | | UC-1 | II |
| 7. | 04/22/14 | Oxycontin 60 mg | 30 | | UC-1 | II |
| 8. | 05/12/14 | oxycodone 30 mg | 310 | | UC-1 | II |

Counts 9 - 13, Patient UC-2

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 9. | 01/16/14 | oxycodone 30 mg | 60 | | UC-2 | II |
| 10. | 02/06/14 | oxycodone 30 mg | 90 | | UC-2 | II |
| 11. | 02/28/14 | oxycodone 30 mg | 180 | | UC-2 | II |
| 12. | 04/04/14 | oxycodone 30 mg | 240 | | UC-2 | II |
| 13. | 05/06/14 | oxycodone 30 mg | 240 | | UC-2 | II |

Counts 14 - 17, Patient UC-3

**INDICTMENT - 4**

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 14. | 03/18/14 | oxycodone 30 mg | 240 | | UC-3 | II |
| 15. | 04/07/14 | oxycodone 30 mg | 300 | | UC-3 | II |
| 16. | 05/05/14 | oxycodone 30 mg | 310 | | UC-3 | II |
| 17. | 06/02/14 | oxycodone 30 mg | 300 | Per Rob, MD aware high dose | UC-3 | II |

Counts 18 - 25, Patient TF

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 18. | 4/12/13 | oxycodone 30 mg | 240 | | TF | II |
| 19. | 5/10/13 | oxycodone 30 mg | 240 | | TF | II |
| 20. | 7/11/13 | oxycodone 30 mg | 240 | | TF | II |
| 21. | 8/07/13 | oxycodone 30 mg | 240 | | TF | II |
| 22. | 3/20/14 | oxycodone 30 mg | 270 | May refill early | TF | II |
| 23. | 4/07/14 | oxycodone 30 mg | 270 | May refill / Leaving town | TF | II |
| 24. | 4/24/14 | oxycodone 30 mg | 270 | | TF | II |
| 25. | 5/12/14 | oxycodone 30 mg | 310 | | TF | II |

Counts 26 - 29, Patient JG

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 26. | 12/13/13 | oxycodone 30 mg | 150 | | JG | II |
| 27. | 1/02/14 | oxycodone 30 mg | 180 | | JG | II |
| 28. | 1/21/14 | oxycodone 30 mg | 240 | | JG | II |
| 29. | 2/17/14 | oxycodone 30 mg | 240 | | JG | II |

Counts 30 - 45, Patient RH

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 30. | 5/16/13 | oxycodone 30 mg | 120 | | RH | II |
| 31. | 8/21/13 | oxycodone 30 mg | 300 | | RH | II |
| 32. | 9/10/13 | oxycodone 30 mg | 240 | | RH | II |
| 33. | 9/30/13 | oxycodone 30 mg | 240 | | RH | II |
| 34. | 11/11/13 | oxycodone 30 mg | 240 | OK to refill early | RH | II |
| 35. | 11/18/13 | oxycodone 30 mg | 90 | OK to fill early, medication stolen | RH | II |
| 36. | 11/25/13 | oxycodone 30 mg | 240 | | RH | II |

INDICTMENT - 5

| 37. | 1/09/14 | oxycodone 30 mg | 90 | | RH | II |
| 38. | 1/16/14 | oxycodone 30 mg | 300 | | RH | II |
| 39. | 1/30/14 | oxycodone 30 mg | 300 | | RH | II |
| 40. | 2/13/14 | oxycodone 30 mg | 300 | | RH | II |
| 41. | 2/28/14 | oxycodone 30 mg | 270 | | RH | II |
| 42. | 3/11/14 | oxycodone 30 mg | 300 | May fill after 3/20/14 | RH | II |
| 43. | 3/18/14 | oxycodone 30 mg | 270 | | RH | II |
| 44. | 4/08/14 | oxycodone 30 mg | 300 | | RH | II |
| 45. | 4/21/14 | oxycodone 30 mg | 300 | | RH | II |

Counts 46 - 52, Patient EL

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 46. | 12/04/13 | oxycodone 30 mg | 90 | | EL | II |
| 47. | 12/23/13 | oxycodone 30 mg | 90 | Ok to fill early – leaving town for holidays | EL | II |
| 48. | 1/10/14 | oxycodone 30 mg | 180 | | EL | II |
| 49. | 2/07/14 | oxycodone 30 mg | 200 | | EL | II |
| 50. | 3/07/14 | oxycodone 30 mg | 240 | | EL | II |
| 51. | 4/07/14 | oxycodone 30 mg | 240 | | EL | II |
| 52. | 4/30/14 | oxycodone 30 mg | 270 | Fill early - travel | EL | II |

Counts 53 - 68, Patient JN

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 53. | 2/20/13 | oxycodone 30 mg | 120 | | JN | II |
| 54. | 2/28/13 | oxycodone 30 mg | 120 | | JN | II |
| 55. | 7/22/13 | oxycodone 30 mg | 240 | | JN | II |
| 56. | 10/03/13 | oxycodone 30 mg | 270 | | JN | II |
| 57. | 10/07/13 | oxycodone 30 mg | 240 | Ok to fill early, police report reviewed | JN | II |
| 58. | 10/21/13 | oxycodone 30 mg | 270 | Ok to refill early, robbery police report reviewed | JN | II |
| 59. | 10/28/13 | oxycodone 30 mg | 57 | Ok to refill early | JN | II |
| 60. | 11/11/13 | oxycodone 30 mg | 270 | Ok to fill early, leaving town for extended time. | JN | II |
| 61. | 12/02/13 | oxycodone 30 mg | 270 | May fill early, leaving for the holidays | JN | II |
| 62. | 12/09/13 | oxycodone 30 mg | 36 | Ok to fill – lost | JN | II |

INDICTMENT - 6

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| | | | | luggage | | |
| 63. | 12/12/13 | oxycodone 30 mg | 270 | Ok to fill early | JN | II |
| 64. | 12/23/13 | oxycodone 30 mg | 270 | Ok to fill early, leaving town for holidays | JN | II |
| 65. | 1/07/14 | oxycodone 30 mg | 300 | Ok to refill early | JN | II |
| 66. | 1/21/14 | oxycodone 30 mg | 270 | Refill early, leaving town | JN | II |
| 67. | 2/04/14 | oxycodone 30 mg | 300 | May fill, transitioning medications | JN | II |
| 68. | 2/11/14 | oxycodone 30 mg | 180 | May fill early secondary to home assault and robbery | | II |

Counts 69 - 79, Patient MN

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 69. | 2/28/13 | oxycodone 30 mg | 120 | | MN | II |
| 70. | 3/07/13 | oxycodone 30 mg | 120 | | MN | II |
| 71. | 3/21/13 | oxycodone 30 mg | 180 | | MN | II |
| 72. | 8/16/13 | oxycodone 30 mg | 240 | | MN | II |
| 73. | 8/21/13 | oxycodone 30 mg | 180 | Ok to refill early | MN | II |
| 74. | 12/04/13 | oxycodone 30 mg | 180 | | | II |
| 75. | 12/30/13 | oxycodone 30 mg | 180 | | MN | II |
| 76. | 1/01/14 | oxycodone 30 mg | 240 | | MN | II |
| 77. | 1/31/14 | oxycodone 30 mg | 240 | | MN | II |
| 78. | 2/25/14 | oxycodone 30 mg | 270 | | MN | II |
| 79. | 2/27/14 | oxycodone 30 mg | 270 | Ok to refill early, medication stolen | MN | II |

Counts 80 - 94, Patient DR

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 80. | 4/23/13 | oxycodone 30 mg | 240 | | DR | II |
| 81. | 8/21/13 | oxycodone 30 mg | 300 | Early fill ok - Angela | DR | II |
| 82. | 9/23/13 | oxycodone 30 mg | 300 | | DR | II |
| 83. | 10/07/13 | oxycodone 30 mg | 240 | | DR | II |
| 84. | 10/11/13 | oxycodone 30 mg | 310 | Ok to refill – leaving town, remote area | DR | II |
| 85. | 10/21/13 | oxycodone 30 mg | 310 | Ok to fill early, leaving town, remote location for over a month | DR | II |
| 86. | 11/01/13 | oxycodone 30 mg | 300 | May refill early | DR | II |

INDICTMENT - 7

| 87. | 11/11/13 | oxycodone 30 mg | 310 |  | DR | II |
|---|---|---|---|---|---|---|
| 88. | 11/18/13 | oxycodone 30 mg | 300 |  | DR |  |
| 89. | 11/26/13 | oxycodone 30 mg | 310 | May fill early | DR |  |
| 90. | 12/03/13 | oxycodone 30 mg | 310 | Ok to refill early, working out of town | DR |  |
| 91. | 12/10/13 | oxycodone 30 mg | 310 | May fill early if necessary | DR | II |
| 92. | 12/16/13 | oxycodone 30 mg | 310 |  | DR | II |
| 93. | 12/24/13 | oxycodone 30 mg | 310 | May fill early | DR | II |
| 94. | 12/30/13 | oxycodone 30 mg | 310 |  | DR | II |

Counts 95 - 105, Patient JS

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 95. | 1/04/13 | oxycodone 30 mg | 120 |  | JS | II |
| 96. | 1/30/13 | oxycodone 30 mg | 240 |  | JS | II |
| 97. | 4/17/13 | oxycodone 30 mg | 360 |  | JS | II |
| 98. | 4/23/13 | oxycodone 30 mg | 360 | Ok to refill early | JS | II |
| 99. | 9/18/13 | oxycodone 30 mg | 420 |  | JS | II |
| 100. | 10/03/13 | oxycodone 30 mg | 420 |  | JS | II |
| 101. | 10/24/13 | oxycodone 30 mg | 420 |  | JS | II |
| 102. | 11/04/13 | oxycodone 30 mg | 420 | Ok to fill early, travel out of town | JS | II |
| 103. | 2/03/14 | oxycodone 30 mg | 420 |  | JS | II |
| 104. | 2/28/14 | oxycodone 30 mg | 420 |  | JS | II |
| 105. | 3/17/14 | oxycodone 30 mg | 420 | Ok to fill early, leaving town | JS | II |

Counts 106 - 112, Patient BS

| Count | Date | Controlled Substance | Quantity Prescribed | Note on Rx | Distributed To | Sch |
|---|---|---|---|---|---|---|
| 106. | 10/4/13 | oxycodone 30 mg | 120 |  | BS | II |
| 107. | 10/22/13 | oxycodone 30 mg | 270 |  | BS | II |
| 108. | 11/19/13 | oxycodone 30 mg | 300 |  | BS | II |
| 109. | 12/12/13 | oxycodone 30 mg | 240 |  | BS | II |
| 110. | 12/12/13 | oxycodone 30 mg | 60 |  | BS | II |
| 111. | 12/13/13 | oxycodone 30 mg | 240 |  | BS | II |
| 112. | 1/03/14 | oxycodone 30 mg | 300 |  | BS | II |

All in violation of Title 21, United States Code, Section 841(a)(1) and (b).

INDICTMENT - 8

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C § 853

As a result of the violations of Title 21, United States Code, Sections 841(a)(1) as charged in this Indictment, the defendant Michael Minas, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the following properties:

  A. **Cash Proceeds**: At least $144,700.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

  B. **Substitute Assets**:

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (a) Cannot be located upon the exercise of due diligence;

  (b) Has been transferred or sold to, or deposited with, a third party;

  (c) Has been placed beyond the jurisdiction of the court;

  (d) Has been substantially diminished in value; or

INDICTMENT - 9

(e) Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated this 13th day of November, 2014.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
KEVIN T. MALONEY
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 10